UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bassam Swaydan,

                Plaintiff(s),

v.                                        Case No. 2:09−cv−11760−BAF−MJH
                                            Hon. Bernard A Friedman

Countrywide Home Loans
Servicing, LP, et al.,

                Defendant(s).

_____

**NOTICE OF REMAND**

TO: WAYNE COUNTY CIRCUIT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time−stamped copy of this Notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Blvd., 5th Floor
        Detroit, MI
        48226
        (313) 234−5005

**Certification**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            DAVID J. WEAVER, CLERK OF COURT

                                            By: s/ D. Peruski
                                                Deputy Clerk

Dated: July 17, 2009