UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

BASSAM SWAYDAN,

    Plaintiff,

v.

COUNTRYWIDE HOME LOANS
SERVICING, LP,

    Defendant.

_____/

Case No. 2: 09-cv-11760
Hon. Bernard A. Friedman
Magistrate Judge Michael Hluchaniuk

**STIPULATED ORDER OF DISMISSAL and REMANDING PLAINTIFF'S STATE LAW CLAIMS TO STATE COURT**

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that Count I (accounting), Count II (wrongful foreclosure), Count III (violation of 15 U.S.C. § 1639), Count V (violation of Truth in Lending Act, 15 U.S.C. § 1601 et seq.), Count VIII (defamation of credit/violation of Fair Credit Reporting Act), and Count XII (usury/violation of Usury Act, MCL § 438.31 et seq.) are dismissed against Defendant Countrywide Home Loans Servicing, LP with prejudice.

IT IS FURTHER ORDERED that Plaintiff's remaining claims (Counts IV, VI, VII, Count IX, Count X, XI, and XIII), as against Defendant Countrywide Home Loans Servicing, LP, are remanded to the Circuit Court for the County of Wayne, State of Michigan.

                                        s/Bernard A. Friedman_____
                                        United States District Court Judge

September 8, 2009

**Stipulated as to entry:**

| LANDIS & DAY, PLC | BODMAN LLP |
|---|---|
| By: /s/ with consent of Kassem M. Dakhlallah<br>    Kassem M. Dakhlallah (P70842)<br>614 S. Main Street<br>Plymouth, Michigan  48170<br>(734) 667-5310<br>kassemd@landisday.com<br>Attorneys for Plaintiff | By: /s/ Michelle T. Thomas<br>    Michelle T. Thomas (P70907)<br>6th Floor at Ford Field<br>1901 St. Antoine Street<br>Detroit, Michigan  48226<br>(313) 259-7777<br>mthomas@bodmanllp.com<br>Attorneys for Defendant Countrywide Home Loans Servicing, LP |